IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. SVELUND,

    Petitioner,                    No. CIV S-06-0500 MCE PAN P

    vs.

TOM CAREY, Warden,

    Respondent.                ORDER

_____/

        Respondent has requested an extension of time to file a response pursuant to the court's order of April 21, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's May 22, 2006 request for an extension of time is granted; and

        2. Respondent is granted thirty days from the date of this order in which to file a response. Petitioner's traverse shall be filed thirty days thereafter.

DATED: May 31, 2006.

                                                                     /s/ John F. Moulds

                                               UNITED STATES MAGISTRATE JUDGE

/001; svel0500.111