IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. SVELUND,

    Petitioner,                   No. CIV S-06-0500 MCE EFB P

    vs.

THOMAS CAREY, Warden,

    Respondent.               ORDER

_____/

      Petitioner is a state prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 3, 2008, counsel for petitioner inquired into the status of this case and alerted the court to the fact that this matter has been submitted for decision for at least 18 months.

      The background of this case is relatively straightforward. The matter proceeds on the February 14, 2006, petition. Respondent filed an answer on June 21, 2006, and petitioner filed a reply on July 19, 2006. The matter therefore is, as counsel notes, submitted for decision. In due course, the court will issue findings and recommendations. However, this court faces a tremendous backlog of habeas petitions. From 2004 through 2007, California prisoners commenced more than 3,500 actions seeking habeas corpus relief from the United States District Court for the Eastern District of California. Thus, while the court is aware that petitioner's application has been submitted for over 18 months, others have been submitted longer. It is the

1

1  policy of this court to resolve habeas petitions in the order in which they were submitted for
2  decision. The court is aware of petitioner's case and as long as petitioner and his counsel keep
3  the court informed of any change of address, no further action on their part is necessary.
4      So ordered.
5  Dated: April 10, 2008.

*(signature)*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE