UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. SVELUND,<br><br>        Petitioner,<br><br>v.<br><br>THOMAS L. CAREY,<br><br>        Respondent. | CASE NO. 2:06-cv-0500-RSL-JLW<br><br>ORDER DENYING MOTION AS MOOT |

This matter comes before the Court on petitioner's "Application for Certificate of Appealability." Dkt. # 26. On June 22, 2010, the Court found that the dismissal of petitioner's habeas petition is not debatable among reasonable jurists and declined to issue a certificate of appealability. The "Application for Certificate of Appealability" is therefore DENIED as moot.

Dated this 2nd day of August, 2010.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION AS MOOT